**APPENDIX G**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

UTICA DRYWALL PRODUCTS, INC.,
individually and on behalf of all others
similarly situated,           :
                    *Plaintiff(s)*           :          Civil Action
              v.              :          No: _____
                              :
USG Corporation, et al.       :
                    *Defendant(s)*

## DISCLOSURE STATEMENT FORM

Please check one box:

☒          The nongovernmental corporate party, <u>UTICA DRYWALL PRODUCTS, INC.</u>
           , in the above listed civil action does not have any parent corporation and
           publicly held corporation that owns 10% or more of its stock.

☐          The nongovernmental corporate party, _____
           , in the above listed civil action has the following parent corporation(s) and
           publicly held corporation(s) that owns 10% or more of its stock:

           _____
           _____
           _____
           _____

_2/13/2013_____          _____
Date                                 Signature

              Counsel for:   <u>UTICA DRYWALL PRODUCTS, INC.</u>

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a)   WHO MUST FILE; CONTENTS.   A nongovernmental corporate party must file
      two copies of a disclosure statement that:
      (1)   identifies any parent corporation and any publicly held corporation
            owning 10% or more of its stock;  or

      (2)   states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
      (1)   file the disclosure statement with its first appearance, pleading,
            petition, motion, response, or other request addressed to the court;
            and
      (2)   promptly file a supplemental statement if any required information
            changes.