## BEFORE THE UNITED STATES
## JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

_____
                                          )
**IN RE: DOMESTIC DRYWALL**      ) **MDL NO. 2437**
**ANTITRUST LITIGATION**          )
_____  )

### <u>NOTICE OF RELATED ACTION</u>

PLEASE TAKE NOTICE THAT *Utica Drywall Products, Inc. v. USG Corporation, et al.*, No. 2:13-cv-00816-MMB, was filed in the United States District Court for the Eastern District of Pennsylvania on February 14, 2013, which relates to MDL No. 2437.  The Schedule of Actions and copy of the *Utica Drywall Products* complaint and docket sheet are attached.

February 19, 2013                              Respectfully submitted,


                                          _____/s/Lee Albert_____
                                          Lee Albert
                                          Brian Murray
                                          **GLANCY BINKOW & GOLDBERG LLP**
                                          77 Water Street, 7th Floor
                                          New York, NY  10005
                                          Tel: (646) 722-4180
                                          lalbert@glancylaw.com
                                          bmurray@glancylaw.com

                                          Eugene A. Spector
                                          Jeffrey J. Corrigan
                                          Jay S. Cohen
                                          **SPECTOR ROSEMAN KODROFF &**
                                          **WILLIS, P.C.**
                                          1818 Market Street, Suite 2500
                                          Philadelphia, PA  19103
                                          Tel: (215) 496-0300
                                          espector@srkw-law.com
                                          jcohen@srkw-law.com
                                          jcorrigan@srkw-law.com

Jayne A. Goldstein
Nathan C. Zipperian
**SHEPHERD FINKELMAN MILLER &
SHAH LLP**
1640 Town Center Circle
Suite 216
Weston, FL  33326
Tel: (954) 515-0123
jgoldstein@sfmslaw.com

David H. Fink
Darryl Bressack
**FINK + ASSOCIATES LAW**
100 West Long Lake Road; Suite 111
Bloomfield Hills, Michigan 48304
Tel: (248) 971-2500
dfink@finkandassociateslaw.com

Jeffrey S.Goldenberg
**Goldenberg Schneider, LPA**
One West Fourth Street, 18th Floor
Cincinnati, Ohio  45202-3604
Tel: (513) 345-8297
Fax: (513) 345-8294
 jgoldenberg@gs-legal.com


Attorneys for Utica Drywall Products, Inc.

**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437 |

**PROOF OF SERVICE**

I HEREBY CERTIFY that on February 19, 2013, I caused to be electronically filed a

Notice of Related Action for Plaintiff Utica Drywall Products, Inc. through the CM/ECF system

and served to all counsel of record.  Copies of the Notice of Related Action and this Certificate

of Service will be sent to anyone unable to accept them via the electronic filing system.

Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
1818 Market Street – Suite 2500
Philadelphia, PA  19103
Email:  espector@srkw-law.com
Email:  jcorrigan@srkw-law.com
Email:  jcohen@srkw-law.com

> *Attorneys for Plaintiffs New Deal Lumber & Millwork Co., Inc.,*
> *Grubb Lumber Company, Inc., and Utica Drywall Products, Inc.*

Michael Boni
Joshua D. Snyder
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA  19004
Tel:  (610) 822-0200
Fax:  (610) 822-0206
Email:  mboni@bonizack.com
Email:  jsnyder@bonizack.com

> *Attorneys for Plaintiffs New Deal Lumber & Millwork Co., Inc., and*
> *Grubb Lumber Company, Inc.,*

Oren Giskan
GISKAN SOLOTAROFF ANDERSON
& STEWART LLP
11 Broadway #2150
New York, NY  10004
Tel: (212) 847-8315
Email: ogiskan@gslawny.com

Jonathan Shub
SEEGER WEISS LLP
1515 Market Street
Philadelphia, PA  19102
Tel:  (215) 564-2300
Email:  jshub@seegerweiss.com

*Attorneys for Plaintiff Grubb Lumber Company, Inc.*

Jayne A. Goldstein
Nathan C. Zipperian
SHEPHERD FINKELMAN MILLER & SHAH LLP
1640 Town Center Circle
Suite 216
Weston, FL  33326
Tel: (954) 515-0123
jgoldstein@sfmslaw.com

David H. Fink
Darryl Bressack
FINK + ASSOCIATES LAW
100 West Long Lake Road; Suite 111
Bloomfield Hills, Michigan 48304
Tel: (248) 971-2500
dfink@finkandassociateslaw.com

Jeffrey S.Goldenberg
Goldenberg Schneider, LPA
One West Fourth Street, 18th Floor
Cincinnati, Ohio  45202-3604
Tel: (513) 345-8297
Fax: (513) 345-8294
 jgoldenberg@gs-legal.com

*Attorneys for Plaintiff Utica Drywall Products, Inc.*

H. Laddie Montague, Jr.
Eric L. Cramer
Ruthanne Gordon
Michael C. Dell'Angelo
Candice J. Enders
BERGER &  MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Tel:  (215) 875-3000
Fax:  (215) 875-4604
Email:  hlmontague@bm.net
        ecramer@bm.net
        rgordon@bm.net
        mdellangelo@bm.net
        cenders@bm.net

        *Attorneys for Plaintiffs Sierra Drywall Systems, Inc. and Janicki Drywall, Inc.*

Kit A. Pierson
Richard A. Koffman
Brent W. Johnson
Daniel H. Silverman
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Ave., NW
Suite 500 West
Washington, DC  20005
Tel:  (202) 408-4600
Fax:  (202) 408-4699
Email: kpierson@cohenmilstein.com
        rkoffman@cohenmilstein.com
        bjohnson@cohenmilstein.com
        dsilverman@cohenmilstein.com

George F. Farah
COHEN MILSTEIN SELLERS &
TOLL PLLC
150 East 52nd Street
Thirtieth Floor
New York, NY  10022
Tel:  (212) 838-7797
Fax:  (212) 838-7745
Email:  gfarah@cohenmilstein.com

Donald L. Perelman
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA  19103
Tel:  (215) 567-6565
Email:  dperelman@finekaplan.com
        rliebenberg@finekaplan.com

Gary L. Azorsky
Jeanne A. Markey
Casey M. Preston
COHEN MILSTEIN SELLERS
& TOLL PLLC
3 Logan Square, 1717 Arch Street
Suite 3610
Philadelphia, PA  19103
Tel:  (267) 479-5700
Email:  gazorsky@cohenmilstein.com
        jmarkey@cohenmilstein.com
        cpreston@cohenmilstein.com

M. John Dominguez
COHEN MILSTEIN SELLERS &
TOLL PLLC
3507 Kyoto Gardens Drive, Suite 200
Palm Beach Gardens, FL  33410
Tel:  (561) 578-6850
Email:  jdominguez@cohenmilstein.com

*Attorneys for Plaintiffs Sierra Drywall Systems, Inc. and*
*Oregon State Drywall, LLC*

Kendall Scott Zylstra
Joseph T. Lukens
Richard D. Schwartz
FARUQI & FARUQI LLP
1010 Greenwood Avenue
Suite 600
Jenkintown, PA   19046
Tel:  (215) 277-5770
Fax:  (215) 277-5771
Email:  kzylstra@faruqilaw.com
        jlukens@faruqilaw.com
        rschwartz@faruqilaw.com

*Attorneys for Plaintiff Janicki Drywall Inc.*

Steve Berman                          Jeff D. Friedman
HAGENS BERMAN                         HAGENS BERMAN
1918 Eighth Ave., Suite 3300          715 Hearst Ave., Suite 202
Seattle, WA  98101                    Berkeley, CA  94710
Tel:  (206) 623-7292                  Tel:  (510) 725-3000
Email:  steve@hbsslaw.com             Email:  jefff@hbsslaw.com

*Attorneys for Plaintiff Sierra Drywall Systems, Inc.*

Anthony J. Bolognese
Josh Grabar
BOLOGNESE & ASSOCIATES, LLC
Two Penn Center
1500 JFK Boulevard - Suite 320
Philadelphia, PA   19102
Tel:  (215) 814-6750
Fax:  (215) 814-6764
Email:  abolognese@bolognese-law.com
        jgrabar@bolognese-law.com

*Attorneys for Oregon State Drywall, LLC*

Joseph C. Kohn
William E. Hoese
Denis F. Sheils
Douglas A. Abrahams
KOHN, SWIFT & GRAFT, P.C.
One South Broad Street - Suite 2100
Philadelphia, PA   19107
Tel:  (215) 238-1700
Email:  jkohn@kohnswift.com
        whoese@kohnswift.com
        dsheils@kohnswift.com
        dabrahams@kohnswift.com

*Attorneys for Ivyland Builders, LLC*

Michael J. Freed
Steven A. Kanner
Douglas A. Millen
Michael E. Moskovitz
FREED KANNER LONDON &
MILLEN LLC
2201 Waukegan Road, Suite 130
Tel:  (224) 632-4500
Email:  mfreed@fklmlaw.com
        skanner@fklmlaw.com
        dmillen@fklmlaw.com
        mmoskovitz@fklmlaw.com

*Attorneys for Plaintiffs Innovated Services LLC and
Grant Lumber Pole Buildings, LLC*

Karl L. Cambronne
Jeffrey D. Bores
Bryan L. Bleichner
CHESTNUT CAMBRONNE PA
17 Washington Avenue North
Suite 300
Minneapolis, Minnesota  55401
Tel:  (612) 339-7300
Email:  kcambronne@chestnutcambronne.com
        Jbores@chestnutcambronne.com
        bbleichner@chestnutcambronne.com

W. Joseph Bruckner
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South
Minneapolis, MN  55401
Tel:  (612) 339-6900
Email:  wjbruckner@locklaw.com

Steven J. Greenfogel
LITE DEPALMA GREENBERG, LLC
151 Locust Street
Philadelphia, PA  19102
Tel:  (215) 564-5182
Email:  sgreenfogel@litedepalma.com

Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111
Tel:  (415) 217-6810
Email:  guido@saveri.com
        rick@saveri.com
        cadio@saveri.com

Daniel J. Mogin
THE MOGIN LAW FIRM, P.C.
707 Broadway, Suite 1000
San Diego, CA  92101
Tel:  (619) 687-6611
Email:  dmogin@moginlaw.com

*Attorneys for Plaintiff Innovated Services LLC*

Vincent J. Esades
Renae D. Steiner
James W. Anderson
HEINS MILLS & OLSON, PLC
310 Clifton Avenue
Minneapolis, MN  55403
Tel:  (612) 338-4605
Fax:  (612) 338-4692
Email:  vesades@heinsmills.com
        rsteiner@heinsmills.com
        janderson@heinsmills.com

*Attorneys for Plaintiff Grant Lumber Pole Buildings, LLC.*

6

Larry S. McDevitt
David M. Wilkerson
THE VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC  28801
Tel:  (828) 258-2991
Fax:  (828) 257-2767
Email:  lmcdevitt@vwlawfirm.com
        dwilkerson@vwlawfirm.com

*Attorneys for Plaintiffs Caceres Drywall Corporation, Jerry R. Berkhous D/B/A Berkhous
Drywall & Construction, and Eriez Construction, Inc.*

Jay W. Eisenhofer
Linda P. Nussbaum
Peter A. Barile III
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY  10017
Email:  jeisenhofer@gelaw.com
        lnussbaum@gelaw.com
        pbarile@gelaw.com

Michael E. Criden
Kevin B. Love
CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL  33143
Email:  mcriden@cridenlove.com
        klove@cridenlove.com

*Attorneys for Plaintiff Caceres Drywall Corporation*

Michael D. Hausfeld
James J. Pizzirusso
Mindy B. Pava
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC  20006
Email:  mhausfeld@hausfeldllp.com
        jpizzirusso@hausfeldllp.com
        mpava@hausfeldllp.com

Brent W. Landau
HAUSFELD LLP
1604 Locust Street, 2nd Floor
Philadelphia, PA  19103
Email:  blandau@hausfeldllp.com

Arthur N. Bailey
ARTHUR N. BAILEY & ASSOCIATES
111 W. 2nd Street, #4500
Jamestown, NY  14701
Email:  artlaw@windstream.net

*Attorneys for Plaintiff Jerry R. Berkhous D/B/A Berkhous Drywall & Construction*

Steven A. Asher
Mindee J. Reuben
Jeremy S. Spiegel
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street – Suite 1100
Philadelphia, PA   19103
Tel:  (215) 545-7200
Email:  asher@wka-law.com
        reuben@wka-law.com
        spiegel@wka-law.com

*Attorneys for Plaintiff Eriez Construction, Inc.*

Kenneth I. Trujillo
Ira Neil Richards
TRUJILLO RODRIGUEZ
& RICHARDS, LLC
1717 Arch Street, Suite 3838
Philadelphia, PA   19103
Tel:  (215) 731-9004
Fax:  (215) 731-9044
Email:  ktrujillo@trrlaw.com
        ira@trrlaw.com

*Attorneys for Plaintiffs Robert Pitter, Nicholas L. DeMarco,*
*Howard Glaser and Afam Agbodike*

Jeffrey C. Block
Whitney E. Street
Mark A. Delaney
BLOCK & LEVITON LLP
155 Federal Street, Suite 1303
Boston, MA   02110
Tel:  (617) 398-5600
Fax:  (617) 507-6020
Email:  Jeff@blockesq.com
        Whitney@blockesq.com
        Mark@blockesq.com

*Attorneys for Plaintiffs Robert Pitter and Nicholas L. DeMarco*

Robert S. Green
James Robert Noblin
Lesley E. Weaver
GREEN & NOBLIN, P.C.
700 Larkspur Landing Circle, Suite 275
Larkspur, CA   94939
Tel:  (415) 477-6700
Fax:  (415) 477-6710
Email: gn@classcounsel.com

*Attorneys for Plaintiff Howard Glaser*


Douglas G. Thompson Jr.
L. Kendall Satterfield
Michael G. McLellan
Eugene J. Benick
FINKELSTEIN THOMPSON LLP
1077 30th Street NW - Suite 150
Washington, DC   20007
Email:  dthompson@finkelsteinthompson.com
           ksatterfield@finkelsteinthompson.com
           mmclellan@finkelsteinthompson.com
           ebenick@finkelsteinthompson.com

*Attorneys for Plaintiff Afam Agbodike*


Everett J. Bowman
Mark W. Merritt
Lawrence C. Moore, III
Nathan C. Chase
ROBINSON BRADSHAW
101 North Tryon Street – Suite 1900
Charlotte, NC 28246
Tel:  (704) 377-8329
Email:  ebowman@rbh.com
           mmerritt@rbh.com
           lmoore@rbh.com
           nchase@rbh.com

*Attorneys for Defendants New NGC, Inc. and Golden Eagle Industries, Inc.*

9

Steven E. Bizar
Landon Y. Jones
H. Marc Tepper
BUCHAN INGERSOLL
& ROONEY PC.
Two Liberty Place, Suite 3200
Philadelphia, PA 19102
Tel:  (215) 665-8700
Email:  Steven.Bizar@bipc.com
           Landon.Jones@bipc.com
           Marc.Tepper@bipc.com

*Attorneys for Defendant New NGC, Inc.*

Philip Beck                                          Karma M. Giulianelli
Adam Hoeflich                                    BARTLIT BECK HERMAN
James B. Heaton, III                            PALENCHAR & SCOTT LLP
BARTLIT BECK HERMAN                  1899 Wynkoop Street
PALENCHAR & SCOTT LLP             Suite 800
Courthouse Place                                Denver, CO 80202
54 West Hubbard Street - Suite 300     Tel:  (303) 592-3100
Chicago, IL 60654                              Email:  karma.giulianelli@bartlit-beck.com
Tel:  (312) 494-4458
Email:  philip.beck@bartlit-beck.com
           adam.hoeflich@bartlit-beck.com
           jb.heaton@bartlit-beck.com

*Attorneys for Defendants USG Corporation and United States Gypsum Company*

Rebecca W. Bacon
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street - Suite 300
Chicago, IL   60654
Tel:  (312) 494-4458
Email: rweinstein.bacon@bartlit-beck.com

*Attorney for Defendants USG Corporation, United States Gypsum Company*
*and L&W Supply Corporation*

David Marx, Jr.
David Hanselman, Jr.
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL  60606
Tel:  (312) 372-2000
Email:  dmarx@mwe.com
           dhanselman@mwe.com

Thomas S. Brown
Michael J. McLaughlin
BUTLER PAPPAS WEIHMULLER
KATZ CRAIG LLP
1818 Market Street - Suite 2740
Philadelphia, PA  19103
Tel:  (215) 405-9191
Email:  tbrown@butlerpappas.com
           mmclaughlin@butlerpappas.com

Megan V. Morley
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC  200001
Tel:  (202) 756-8000
Email:  mmorley@mwe.com

*Attorneys for Defendant American Gypsum Company LLC*

Mark Nelson
Kathleen N. Bradish
CLEARY GOTTLIEB
2000 Pennsylvania Ave., NW
Washington, DC  20006
Tel:  (202) 974-1500
Email:  mnelson@cgsh.com
           kbradish@cgsh.com

Leslie E. John
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Tel:  (215) 864-8212
Email:  john@ballardsparh.com

*Attorneys for Defendant LaFarge North America, Inc.*

Bradley C. Weber
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201-6776
Email:  bweber@lockelord.com

Gregory T. Casamento
LOCKE LORD LLP
Three World Financial Center
New York, NY  10281-2101
Tel:  (212) 812-8325
Fax: (212) 912-8385
Email:  gcasamento@lockelord.com

*Attorneys for Defendant PABCO Building Products, LLC*

J. Mark Gidley
Peter J. Carney
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC   20005
Tel:  (202) 626-3609
Fax:  (202) 639-9355
Email:  mgidlely@whitecase.com
            pcarney@whitecase.com

Robert A. Milne
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY   10036
Tel:  (212) 819-8924
Fax:  (212) 354-8113
Email:  rmilne@whitecase.com

*Attorneys for Defendant CertainTeed Corp.*

George A. Nicoud III
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA   94105
Tel:  (415) 393-8308
Email:  tnicoud@gibsondunn.com

David Debold
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC   20036
Tel:  (202) 955-8500
Email:  ddebold@gibsondunn.com

*Attorneys for Defendant Georgia-Pacific LLC*

James T. McKeown
Elizabeth A.N. Haas
FOLEY & LARDNER LLP
777 E. Wisconsin Ave., Suite 3800
Milwaukee, WI   53202-5306
Tel:  (414) 271-2400
Fax:  (414) 297-4900
Email:  jmckeown@foley.com
            ehaas@foley.com

*Attorneys for Defendant TIN Inc. (d/b/a Temple-Inland Inc.)*

**Via U.S. Mail**

Clerk of Court United States District Court
for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 2609
601 Market Street
Philadelphia, PA   19106

Clerk of Court United States District Court
for the Western District of North Carolina,
Charlotte Division
Room 212
401 W. Trade Street
Charlotte, NC   28202

12

Clerk of Court United States District Court
for the Northern District of Illinois
Everett McKinley Dirksen United States
Courthouse
219 South Dearborn Street
Chicago, IL   60604

Saint-Gobain Corporation
750 East Swedesford Road
Valley Forge, PA   19482

February 19, 2013

LaFarge S.A.
61 rue des Belles Feuilles
Cedex 16
Paris, France

Saint-Gobain S.A.
Toru Les Miroirs
18, avenue d'Alsace
92096 La Defense cedex
Courbevoie, France

Respectfully submitted,


 /s/ Lee Albert
Lee Albert
Brian Murray
**GLANCY BINKOW & GOLDBERG LLP**
77 Water Street, 7th Floor
New York, NY  10005
Tel: (646) 722-4180
lalbert@glancylaw.com
bmurray@glancylaw.com

Attorneys for Utica Drywall Products, Inc.

## SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| UTICA DRYWALL PRODUCTS, INC., Plaintiff<br><br>v.<br><br>USG Corporation, United States Gypsum Company, New NGC, Inc., LaFarge North America Inc., CertainTeed Corp., Georgia-Pacific LLC, American Gypsum Company LLC, TIN Inc. d/b/a Temple-Inland Inc., PABCO Building Products, LLC. Defendants | E.D. Pa. | 2:13-cv-00816-MMB | Hon. Michael M. Baylson |

## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2437 _____ & TITLE - IN RE: Domestic Drywall Antitrust Litigation _____

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Plaintiff Utica Drywall Products, Inc,

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Utica Drywall Products, Inc. v. USG Corp., et al (E.D. Pa., 2:13-cv-00816)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 2/19/13 | /s/ Lee Albert |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Lee Albert, Glancy Binkow & Goldberg LLP, 77 Water Street, 7th Floor, New York, NY 10005

Telephone No.: 646-722-4180          Fax No.: 212-382-3944

Email Address: lalbert@glancylaw.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format.  (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance.  Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: DOMESTIC DRYWALL
ANTITRUST LITIGATION

MDL No. 2437

**PROOF OF SERVICE**

I HEREBY CERTIFY that on February 19, 2013, I caused to be electronically filed a

Notice of Appearance on behalf of Plaintiff Utica Drywall Products, Inc. through the CM/ECF

system and served to all counsel of record.  Copies of the Notice and this Certificate of Service

will be sent to anyone unable to accept them via the electronic filing system.

Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
1818 Market Street – Suite 2500
Philadelphia, PA   19103
Email:  espector@srkw-law.com
Email:  jcorrigan@srkw-law.com
Email:  jcohen@srkw-law.com

*Attorneys for Plaintiffs New Deal Lumber & Millwork Co., Inc.,
Grubb Lumber Company, Inc., and Utica Drywall Products, Inc.*

Michael Boni
Joshua D. Snyder
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA   19004
Tel:  (610) 822-0200
Fax:  (610) 822-0206
Email:  mboni@bonizack.com
Email:  jsnyder@bonizack.com

*Attorneys for Plaintiffs New Deal Lumber & Millwork Co., Inc., and
Grubb Lumber Company, Inc.,*

Oren Giskan
GISKAN SOLOTAROFF ANDERSON
& STEWART LLP
11 Broadway #2150
New York, NY  10004
Tel:  (212) 847-8315
Email:  ogiskan@gslawny.com

Jonathan Shub
SEEGER WEISS LLP
1515 Market Street
Philadelphia, PA  19102
Tel:  (215) 564-2300
Email:  jshub@seegerweiss.com

*Attorneys for Plaintiff Grubb Lumber Company, Inc.*

Jayne A. Goldstein
Nathan C. Zipperian
SHEPHERD FINKELMAN MILLER & SHAH LLP
1640 Town Center Circle
Suite 216
Weston, FL  33326
Tel: (954) 515-0123
jgoldstein@sfmslaw.com

David H. Fink
Darryl Bressack
FINK + ASSOCIATES LAW
100 West Long Lake Road; Suite 111
Bloomfield Hills, Michigan 48304
Tel: (248) 971-2500
dfink@finkandassociateslaw.com

Jeffrey S.Goldenberg
Goldenberg Schneider, LPA
One West Fourth Street, 18th Floor
Cincinnati, Ohio  45202-3604
Tel: (513) 345-8297
Fax: (513) 345-8294
 jgoldenberg@gs-legal.com

*Attorneys for Plaintiff Utica Drywall Products, Inc.*

H. Laddie Montague, Jr.
Eric L. Cramer
Ruthanne Gordon
Michael C. Dell'Angelo
Candice J. Enders
BERGER &  MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA   19103
Tel:  (215) 875-3000
Fax:  (215) 875-4604
Email:  hlmontague@bm.net
          ecramer@bm.net
          rgordon@bm.net
          mdellangelo@bm.net
          cenders@bm.net

*Attorneys for Plaintiffs Sierra Drywall Systems, Inc. and Janicki Drywall, Inc.*

Kit A. Pierson
Richard A. Koffman
Brent W. Johnson
Daniel H. Silverman
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Ave., NW
Suite 500 West
Washington, DC   20005
Tel:  (202) 408-4600
Fax:  (202) 408-4699
Email: kpierson@cohenmilstein.com
          rkoffman@cohenmilstein.com
          bjohnson@cohenmilstein.com
          dsilverman@cohenmilstein.com

George F. Farah
COHEN MILSTEIN SELLERS &
TOLL PLLC
150 East 52nd Street
Thirtieth Floor
New York, NY   10022
Tel:  (212) 838-7797
Fax:  (212) 838-7745
Email:  gfarah@cohenmilstein.com

Donald L. Perelman
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA   19103
Tel:  (215) 567-6565
Email:  dperelman@finekaplan.com
          rliebenberg@finekaplan.com

Gary L. Azorsky
Jeanne A. Markey
Casey M. Preston
COHEN MILSTEIN SELLERS
& TOLL PLLC
3 Logan Square, 1717 Arch Street
Suite 3610
Philadelphia, PA   19103
Tel:  (267) 479-5700
Email:  gazorsky@cohenmilstein.com
          jmarkey@cohenmilstein.com
          cpreston@cohenmilstein.com

M. John Dominguez
COHEN MILSTEIN SELLERS &
TOLL PLLC
3507 Kyoto Gardens Drive, Suite 200
Palm Beach Gardens, FL  33410
Tel:  (561) 578-6850
Email:  jdominguez@cohenmilstein.com

*Attorneys for Plaintiffs Sierra Drywall Systems, Inc. and*
*Oregon State Drywall, LLC*

Kendall Scott Zylstra
Joseph T. Lukens
Richard D. Schwartz
FARUQI & FARUQI LLP
1010 Greenwood Avenue
Suite 600
Jenkintown, PA   19046
Tel:  (215) 277-5770
Fax:  (215) 277-5771
Email:  kzylstra@faruqilaw.com
        jlukens@faruqilaw.com
        rschwartz@faruqilaw.com

*Attorneys for Plaintiff Janicki Drywall Inc.*

Steve Berman                        Jeff D. Friedman
HAGENS BERMAN                       HAGENS BERMAN
1918 Eighth Ave., Suite 3300        715 Hearst Ave., Suite 202
Seattle, WA   98101                 Berkeley, CA  94710
Tel:  (206) 623-7292                Tel:  (510) 725-3000
Email:  steve@hbsslaw.com           Email:  jefff@hbsslaw.com

*Attorneys for Plaintiff Sierra Drywall Systems, Inc.*

4

Anthony J. Bolognese
Josh Grabar
BOLOGNESE & ASSOCIATES, LLC
Two Penn Center
1500 JFK Boulevard - Suite 320
Philadelphia, PA   19102
Tel:  (215) 814-6750
Fax:  (215) 814-6764
Email:  abolognese@bolognese-law.com
         jgrabar@bolognese-law.com

*Attorneys for Oregon State Drywall, LLC*


Joseph C. Kohn
William E. Hoese
Denis F. Sheils
Douglas A. Abrahams
KOHN, SWIFT & GRAFT, P.C.
One South Broad Street - Suite 2100
Philadelphia, PA   19107
Tel:  (215) 238-1700
Email:  jkohn@kohnswift.com
         whoese@kohnswift.com
         dsheils@kohnswift.com
         dabrahams@kohnswift.com

*Attorneys for Ivyland Builders, LLC*

Michael J. Freed
Steven A. Kanner
Douglas A. Millen
Michael E. Moskovitz
FREED KANNER LONDON &
MILLEN LLC
2201 Waukegan Road, Suite 130
Tel:  (224) 632-4500
Email:  mfreed@fklmlaw.com
         skanner@fklmlaw.com
         dmillen@fklmlaw.com
         mmoskovitz@fklmlaw.com

*Attorneys for Plaintiffs Innovated Services LLC and
Grant Lumber Pole Buildings, LLC*

Karl L. Cambronne
Jeffrey D. Bores
Bryan L. Bleichner
CHESTNUT CAMBRONNE PA
17 Washington Avenue North
Suite 300
Minneapolis, Minnesota  55401
Tel:  (612) 339-7300
Email:  kcambronne@chestnutcambronne.com
         Jbores@chestnutcambronne.com
         bbleichner@chestnutcambronne.com

W. Joseph Bruckner
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South
Minneapolis, MN  55401
Tel:  (612) 339-6900
Email:  wjbruckner@locklaw.com

Steven J. Greenfogel
LITE DEPALMA GREENBERG, LLC
151 Locust Street
Philadelphia, PA  19102
Tel:  (215) 564-5182
Email:  sgreenfogel@litedepalma.com

Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111
Tel:  (415) 217-6810
Email:  guido@saveri.com
         rick@saveri.com
         cadio@saveri.com

Daniel J. Mogin
THE MOGIN LAW FIRM, P.C.
707 Broadway, Suite 1000
San Diego, CA  92101
Tel:  (619) 687-6611
Email:  dmogin@moginlaw.com

*Attorneys for Plaintiff Innovated Services LLC*

Vincent J. Esades
Renae D. Steiner
James W. Anderson
HEINS MILLS & OLSON, PLC
310 Clifton Avenue
Minneapolis, MN  55403
Tel:  (612) 338-4605
Fax:  (612) 338-4692
Email:  vesades@heinsmills.com
         rsteiner@heinsmills.com
         janderson@heinsmills.com

*Attorneys for Plaintiff Grant Lumber Pole Buildings, LLC.*

Larry S. McDevitt
David M. Wilkerson
THE VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC  28801
Tel:  (828) 258-2991
Fax:  (828) 257-2767
Email:  lmcdevitt@vwlawfirm.com
        dwilkerson@vwlawfirm.com

*Attorneys for Plaintiffs Caceres Drywall Corporation, Jerry R. Berkhous D/B/A Berkhous*
*Drywall & Construction, and Eriez Construction, Inc.*

Jay W. Eisenhofer
Linda P. Nussbaum
Peter A. Barile III
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY  10017
Email:  jeisenhofer@gelaw.com
        lnussbaum@gelaw.com
        pbarile@gelaw.com

Michael E. Criden
Kevin B. Love
CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL  33143
Email:  mcriden@cridenlove.com
        klove@cridenlove.com

*Attorneys for Plaintiff Caceres Drywall Corporation*

Michael D. Hausfeld
James J. Pizzirusso
Mindy B. Pava
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC  20006
Email:  mhausfeld@hausfeldllp.com
        jpizzirusso@hausfeldllp.com
        mpava@hausfeldllp.com

Brent W. Landau
HAUSFELD LLP
1604 Locust Street, 2nd Floor
Philadelphia, PA  19103
Email:  blandau@hausfeldllp.com

Arthur N. Bailey
ARTHUR N. BAILEY & ASSOCIATES
111 W. 2nd Street, #4500
Jamestown, NY  14701
Email:  artlaw@windstream.net

*Attorneys for Plaintiff Jerry R. Berkhous D/B/A Berkhous Drywall & Construction*

7

Steven A. Asher
Mindee J. Reuben
Jeremy S. Spiegel
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street – Suite 1100
Philadelphia, PA   19103
Tel:  (215) 545-7200
Email:  asher@wka-law.com
       reuben@wka-law.com
       spiegel@wka-law.com

*Attorneys for Plaintiff Eriez Construction, Inc.*

Kenneth I. Trujillo
Ira Neil Richards
TRUJILLO RODRIGUEZ
& RICHARDS, LLC
1717 Arch Street, Suite 3838
Philadelphia, PA   19103
Tel:  (215) 731-9004
Fax:  (215) 731-9044
Email:  ktrujillo@trrlaw.com
       ira@trrlaw.com

*Attorneys for Plaintiffs Robert Pitter, Nicholas L. DeMarco,
Howard Glaser and Afam Agbodike*

Jeffrey C. Block
Whitney E. Street
Mark A. Delaney
BLOCK & LEVITON LLP
155 Federal Street, Suite 1303
Boston, MA   02110
Tel:  (617) 398-5600
Fax:  (617) 507-6020
Email:  Jeff@blockesq.com
       Whitney@blockesq.com
       Mark@blockesq.com

*Attorneys for Plaintiffs Robert Pitter and Nicholas L. DeMarco*

Robert S. Green
James Robert Noblin
Lesley E. Weaver
GREEN & NOBLIN, P.C.
700 Larkspur Landing Circle, Suite 275
Larkspur, CA  94939
Tel:  (415) 477-6700
Fax:  (415) 477-6710
Email: gn@classcounsel.com

*Attorneys for Plaintiff Howard Glaser*


Douglas G. Thompson Jr.
L. Kendall Satterfield
Michael G. McLellan
Eugene J. Benick
FINKELSTEIN THOMPSON LLP
1077 30th Street NW - Suite 150
Washington, DC   20007
Email:  dthompson@finkelsteinthompson.com
           ksatterfield@finkelsteinthompson.com
           mmclellan@finkelsteinthompson.com
           ebenick@finkelsteinthompson.com

*Attorneys for Plaintiff Afam Agbodike*


Everett J. Bowman
Mark W. Merritt
Lawrence C. Moore, III
Nathan C. Chase
ROBINSON BRADSHAW
101 North Tryon Street – Suite 1900
Charlotte, NC 28246
Tel:  (704) 377-8329
Email:  ebowman@rbh.com
           mmerritt@rbh.com
           lmoore@rbh.com
           nchase@rbh.com

*Attorneys for Defendants New NGC, Inc. and Golden Eagle Industries, Inc.*

9

Steven E. Bizar
Landon Y. Jones
H. Marc Tepper
BUCHAN INGERSOLL
& ROONEY PC.
Two Liberty Place, Suite 3200
Philadelphia, PA 19102
Tel:  (215) 665-8700
Email:  Steven.Bizar@bipc.com
          Landon.Jones@bipc.com
          Marc.Tepper@bipc.com

*Attorneys for Defendant New NGC, Inc.*


Philip Beck
Adam Hoeflich
James B. Heaton, III
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street - Suite 300
Chicago, IL 60654
Tel:  (312) 494-4458
Email:  philip.beck@bartlit-beck.com
          adam.hoeflich@bartlit-beck.com
          jb.heaton@bartlit-beck.com

Karma M. Giulianelli
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
1899 Wynkoop Street
Suite 800
Denver, CO 80202
Tel:  (303) 592-3100
Email:  karma.giulianelli@bartlit-beck.com

*Attorneys for Defendants USG Corporation and United States Gypsum Company*


Rebecca W. Bacon
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street - Suite 300
Chicago, IL   60654
Tel:  (312) 494-4458
Email:  rweinstein.bacon@bartlit-beck.com

*Attorney for Defendants USG Corporation, United States Gypsum Company
and L&W Supply Corporation*

10

David Marx, Jr.
David Hanselman, Jr.
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL  60606
Tel:  (312) 372-2000
Email:  dmarx@mwe.com
          dhanselman@mwe.com

Thomas S. Brown
Michael J. McLaughlin
BUTLER PAPPAS WEIHMULLER
KATZ CRAIG LLP
1818 Market Street - Suite 2740
Philadelphia, PA  19103
Tel:  (215) 405-9191
Email:  tbrown@butlerpappas.com
          mmclaughlin@butlerpappas.com

Megan V. Morley
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC  200001
Tel:  (202) 756-8000
Email:  mmorley@mwe.com

*Attorneys for Defendant American Gypsum Company LLC*

Mark Nelson
Kathleen N. Bradish
CLEARY GOTTLIEB
2000 Pennsylvania Ave., NW
Washington, DC  20006
Tel:  (202) 974-1500
Email:  mnelson@cgsh.com
          kbradish@cgsh.com

Leslie E. John
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Tel:  (215) 864-8212
Email:  john@ballardsparh.com

*Attorneys for Defendant LaFarge North America, Inc.*

Bradley C. Weber
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201-6776
Email:  bweber@lockelord.com

Gregory T. Casamento
LOCKE LORD LLP
Three World Financial Center
New York, NY  10281-2101
Tel:  (212) 812-8325
Fax:  (212) 912-8385
Email:  gcasamento@lockelord.com

*Attorneys for Defendant PABCO Building Products, LLC*

J. Mark Gidley
Peter J. Carney
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC   20005
Tel:  (202) 626-3609
Fax:  (202) 639-9355
Email:  mgidlely@whitecase.com
    pcarney@whitecase.com

Robert A. Milne
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY   10036
Tel:  (212) 819-8924
Fax:  (212) 354-8113
Email:  rmilne@whitecase.com

*Attorneys for Defendant CertainTeed Corp.*

George A. Nicoud III
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA   94105
Tel:  (415) 393-8308
Email:  tnicoud@gibsondunn.com

David Debold
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC   20036
Tel:  (202) 955-8500
Email:  ddebold@gibsondunn.com

*Attorneys for Defendant Georgia-Pacific LLC*

James T. McKeown
Elizabeth A.N. Haas
FOLEY & LARDNER LLP
777 E. Wisconsin Ave., Suite 3800
Milwaukee, WI   53202-5306
Tel:  (414) 271-2400
Fax:  (414) 297-4900
Email:  jmckeown@foley.com
    ehaas@foley.com

*Attorneys for Defendant TIN Inc. (d/b/a Temple-Inland Inc.)*

**Via U.S. Mail**

Clerk of Court United States District Court
for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 2609
601 Market Street
Philadelphia, PA   19106

Clerk of Court United States District Court
for the Western District of North Carolina,
Charlotte Division
Room 212
401 W. Trade Street
Charlotte, NC   28202

Clerk of Court United States District Court
for the Northern District of Illinois
Everett McKinley Dirksen United States
Courthouse
219 South Dearborn Street
Chicago, IL   60604

Saint-Gobain Corporation
750 East Swedesford Road
Valley Forge, PA   19482

February 19, 2013

LaFarge S.A.
61 rue des Belles Feuilles
Cedex 16
Paris, France

Saint-Gobain S.A.
Toru Les Miroirs
18, avenue d'Alsace
92096 La Defense cedex
Courbevoie, France

Respectfully submitted,


 /s/ Lee Albert
Lee Albert
Brian Murray
**GLANCY BINKOW & GOLDBERG LLP**
77 Water Street, 7th Floor
New York, NY   10005
Tel: (646) 722-4180
lalbert@glancylaw.com
bmurray@glancylaw.com

Attorneys for Utica Drywall Products, Inc.

13

## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____2437_____ & TITLE - IN RE: ___Domestic Drywall Antitrust Litigation___

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Utica Drywall Products, Inc. v. USG Corp., et al (E.D. Pa., 2:13-cv-00816)

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for ___Utica Drywall Products, Inc___, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation(s) are listed below:

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

| /s/ Lee Albert | Glancy Binkow & Goldberg LLP |
|---|---|
| Signature of Attorney | Name of Firm |
| 77 Water Street, 7th Floor | New York, NY 10005 |
| Address | City/State/Zip Code |
| Date 2/19/2013 | |

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **MDL No. 2437** |

## PROOF OF SERVICE

I HEREBY CERTIFY that on February 19, 2013, I caused to be electronically filed a

Corporate Disclosure Statement on behalf of Plaintiff Utica Drywall Products, Inc. through the

CM/ECF system and served to all counsel of record.  Copies of the Corporate Disclosure

Statement and this Certificate of Service will be sent to anyone unable to accept them via the

electronic filing system.

Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
1818 Market Street – Suite 2500
Philadelphia. PA   19103
Email:  espector@srkw-law.com
Email:  jcorrigan@srkw-law.com
Email:  jcohen@srkw-law.com

> *Attorneys for Plaintiffs New Deal Lumber & Millwork Co., Inc.,*
> *Grubb Lumber Company, Inc., and Utica Drywall Products, Inc.*

Michael Boni
Joshua D. Snyder
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA   19004
Tel:  (610) 822-0200
Fax:  (610) 822-0206
Email:  mboni@bonizack.com
Email:  jsnyder@bonizack.com

*Attorneys for Plaintiffs New Deal Lumber & Millwork Co., Inc., and*
*Grubb Lumber Company, Inc.,*

Oren Giskan
GISKAN SOLOTAROFF ANDERSON
& STEWART LLP
11 Broadway #2150
New York, NY   10004
Tel:  (212) 847-8315
Email:  ogiskan@gslawny.com

Jonathan Shub
SEEGER WEISS LLP
1515 Market Street
Philadelphia, PA   19102
Tel:  (215) 564-2300
Email:  jshub@seegerweiss.com

*Attorneys for Plaintiff Grubb Lumber Company, Inc.*

Jayne A. Goldstein
Nathan C. Zipperian
SHEPHERD FINKELMAN MILLER & SHAH LLP
1640 Town Center Circle
Suite 216
Weston, FL  33326
Tel: (954) 515-0123
jgoldstein@sfmslaw.com

David H. Fink
Darryl Bressack
FINK + ASSOCIATES LAW
100 West Long Lake Road; Suite 111
Bloomfield Hills, Michigan 48304
Tel: (248) 971-2500
dfink@finkandassociateslaw.com

Jeffrey S.Goldenberg
Goldenberg Schneider, LPA
One West Fourth Street, 18th Floor
Cincinnati, Ohio  45202-3604
Tel: (513) 345-8297
Fax: (513) 345-8294
jgoldenberg@gs-legal.com

*Attorneys for Plaintiff Utica Drywall Products, Inc.*

H. Laddie Montague, Jr.
Eric L. Cramer
Ruthanne Gordon
Michael C. Dell'Angelo
Candice J. Enders
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Tel:  (215) 875-3000
Fax:  (215) 875-4604
Email:  hlmontague@bm.net
          ecramer@bm.net
          rgordon@bm.net
          mdellangelo@bm.net
          cenders@bm.net

*Attorneys for Plaintiffs Sierra Drywall Systems, Inc. and Janicki Drywall, Inc.*

Kit A. Pierson
Richard A. Koffman
Brent W. Johnson
Daniel H. Silverman
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Ave., NW
Suite 500 West
Washington, DC  20005
Tel:  (202) 408-4600
Fax:  (202) 408-4699
Email: kpierson@cohenmilstein.com
          rkoffman@cohenmilstein.com
          bjohnson@cohenmilstein.com
          dsilverman@cohenmilstein.com

George F. Farah
COHEN MILSTEIN SELLERS &
TOLL PLLC
150 East 52nd Street
Thirtieth Floor
New York, NY  10022
Tel:  (212) 838-7797
Fax:  (212) 838-7745
Email:  gfarah@cohenmilstein.com

Donald L. Perelman
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA  19103
Tel:  (215) 567-6565
Email:  dperelman@finekaplan.com
          rliebenberg@finekaplan.com

Gary L. Azorsky
Jeanne A. Markey
Casey M. Preston
COHEN MILSTEIN SELLERS
& TOLL PLLC
3 Logan Square, 1717 Arch Street
Suite 3610
Philadelphia, PA  19103
Tel:  (267) 479-5700
Email:  gazorsky@cohenmilstein.com
          jmarkey@cohenmilstein.com
          cpreston@cohenmilstein.com

M. John Dominguez
COHEN MILSTEIN SELLERS &
TOLL PLLC
3507 Kyoto Gardens Drive, Suite 200
Palm Beach Gardens, FL   33410
Tel:  (561) 578-6850
Email:  jdominguez@cohenmilstein.com

*Attorneys for Plaintiffs Sierra Drywall Systems, Inc. and*
*Oregon State Drywall, LLC*

Kendall Scott Zylstra
Joseph T. Lukens
Richard D. Schwartz
FARUQI & FARUQI LLP
1010 Greenwood Avenue
Suite 600
Jenkintown, PA   19046
Tel:  (215) 277-5770
Fax:  (215) 277-5771
Email:  kzylstra@faruqilaw.com
        jlukens@faruqilaw.com
        rschwartz@faruqilaw.com

*Attorneys for Plaintiff Janicki Drywall Inc.*

Steve Berman                      Jeff D. Friedman
HAGENS BERMAN                      HAGENS BERMAN
1918 Eighth Ave., Suite 3300      715 Hearst Ave., Suite 202
Seattle, WA   98101               Berkeley, CA  94710
Tel:  (206) 623-7292              Tel:  (510) 725-3000
Email:  steve@hbsslaw.com         Email:  jefff@hbsslaw.com

*Attorneys for Plaintiff Sierra Drywall Systems, Inc.*

4

Anthony J. Bolognese
Josh Grabar
BOLOGNESE & ASSOCIATES, LLC
Two Penn Center
1500 JFK Boulevard - Suite 320
Philadelphia, PA   19102
Tel:  (215) 814-6750
Fax:  (215) 814-6764
Email:  abolognese@bolognese-law.com
          jgrabar@bolognese-law.com

*Attorneys for Oregon State Drywall, LLC*

Joseph C. Kohn
William E. Hoese
Denis F. Sheils
Douglas A. Abrahams
KOHN, SWIFT & GRAFT, P.C.
One South Broad Street - Suite 2100
Philadelphia, PA   19107
Tel:  (215) 238-1700
Email:  jkohn@kohnswift.com
          whoese@kohnswift.com
          dsheils@kohnswift.com
          dabrahams@kohnswift.com

*Attorneys for Ivyland Builders, LLC*

Michael J. Freed
Steven A. Kanner
Douglas A. Millen
Michael E. Moskovitz
FREED KANNER LONDON &
MILLEN LLC
2201 Waukegan Road, Suite 130
Tel:  (224) 632-4500
Email:  mfreed@fklmlaw.com
          skanner@fklmlaw.com
          dmillen@fklmlaw.com
          mmoskovitz@fklmlaw.com

*Attorneys for Plaintiffs Innovated Services LLC and*

5

*Grant Lumber Pole Buildings, LLC*

Karl L. Cambronne
Jeffrey D. Bores
Bryan L. Bleichner
CHESTNUT CAMBRONNE PA
17 Washington Avenue North
Suite 300
Minneapolis, Minnesota  55401
Tel:  (612) 339-7300
Email:  kcambronne@chestnutcambronne.com
        Jbores@chestnutcambronne.com
        bbleichner@chestnutcambronne.com

W. Joseph Bruckner
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South
Minneapolis, MN  55401
Tel:  (612) 339-6900
Email:  wjbruckner@locklaw.com

Steven J. Greenfogel
LITE DEPALMA GREENBERG, LLC
151 Locust Street
Philadelphia, PA  19102
Tel:  (215) 564-5182
Email:  sgreenfogel@litedepalma.com

Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111
Tel:  (415) 217-6810
Email:  guido@saveri.com
        rick@saveri.com
        cadio@saveri.com

Daniel J. Mogin
THE MOGIN LAW FIRM, P.C.
707 Broadway, Suite 1000
San Diego, CA  92101
Tel:  (619) 687-6611
Email:  dmogin@moginlaw.com

*Attorneys for Plaintiff Innovated Services LLC*

Vincent J. Esades
Renae D. Steiner
James W. Anderson
HEINS MILLS & OLSON, PLC
310 Clifton Avenue
Minneapolis, MN  55403
Tel:  (612) 338-4605
Fax:  (612) 338-4692
Email:  vesades@heinsmills.com
        rsteiner@heinsmills.com
        janderson@heinsmills.com

*Attorneys for Plaintiff Grant Lumber Pole Buildings, LLC.*

6

Larry S. McDevitt
David M. Wilkerson
THE VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC  28801
Tel:  (828) 258-2991
Fax:  (828) 257-2767
Email:  lmcdevitt@vwlawfirm.com
        dwilkerson@vwlawfirm.com

*Attorneys for Plaintiffs Caceres Drywall Corporation, Jerry R. Berkhous D/B/A Berkhous*
*Drywall & Construction, and Eriez Construction, Inc.*

Jay W. Eisenhofer                    Michael E. Criden
Linda P. Nussbaum                    Kevin B. Love
Peter A. Barile III                  CRIDEN & LOVE, P.A.
GRANT & EISENHOFER P.A.              7301 S.W. 57th Court, Suite 515
485 Lexington Avenue                 South Miami, FL  33143
New York, NY  10017                  Email:  mcriden@cridenlove.com
Email:  jeisenhofer@gelaw.com                klove@cridenlove.com
        lnussbaum@gelaw.com
        pbarile@gelaw.com

*Attorneys for Plaintiff Caceres Drywall Corporation*

Michael D. Hausfeld                  Brent W. Landau
James J. Pizzirusso                  HAUSFELD LLP
Mindy B. Pava                        1604 Locust Street, 2nd Floor
HAUSFELD LLP                         Philadelphia, PA  19103
1700 K Street, NW, Suite 650         Email:  blandau@hausfeldllp.com
Washington, DC  20006
Email:  mhausfeld@hausfeldllp.com
        jpizzirusso@hausfeldllp.com
        mpava@hausfeldllp.com

Arthur N. Bailey
ARTHUR N. BAILEY & ASSOCIATES
111 W. 2nd Street, #4500
Jamestown, NY  14701
Email:  artlaw@windstream.net

*Attorneys for Plaintiff Jerry R. Berkhous D/B/A Berkhous Drywall & Construction*

7

Steven A. Asher
Mindee J. Reuben
Jeremy S. Spiegel
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street – Suite 1100
Philadelphia, PA   19103
Tel:  (215) 545-7200
Email:  asher@wka-law.com
        reuben@wka-law.com
        spiegel@wka-law.com

*Attorneys for Plaintiff Eriez Construction, Inc.*

Kenneth I. Trujillo
Ira Neil Richards
TRUJILLO RODRIGUEZ
& RICHARDS, LLC
1717 Arch Street, Suite 3838
Philadelphia, PA   19103
Tel:  (215) 731-9004
Fax:  (215) 731-9044
Email:  ktrujillo@trrlaw.com
        ira@trrlaw.com

*Attorneys for Plaintiffs Robert Pitter, Nicholas L. DeMarco,*
*Howard Glaser and Afam Agbodike*

Jeffrey C. Block
Whitney E. Street
Mark A. Delaney
BLOCK & LEVITON LLP
155 Federal Street, Suite 1303
Boston, MA   02110
Tel:  (617) 398-5600
Fax:  (617) 507-6020
Email:  Jeff@blockesq.com
        Whitney@blockesq.com
        Mark@blockesq.com

*Attorneys for Plaintiffs Robert Pitter and Nicholas L. DeMarco*

8

Robert S. Green
James Robert Noblin
Lesley E. Weaver
GREEN & NOBLIN, P.C.
700 Larkspur Landing Circle, Suite 275
Larkspur, CA   94939
Tel:  (415) 477-6700
Fax:  (415) 477-6710
Email:  gn@classcounsel.com

*Attorneys for Plaintiff Howard Glaser*


Douglas G. Thompson Jr.
L. Kendall Satterfield
Michael G. McLellan
Eugene J. Benick
FINKELSTEIN THOMPSON LLP
1077 30th Street NW - Suite 150
Washington, DC   20007
Email:  dthompson@finkelsteinthompson.com
        ksatterfield@finkelsteinthompson.com
        mmclellan@finkelsteinthompson.com
        ebenick@finkelsteinthompson.com

*Attorneys for Plaintiff Afam Agbodike*


Everett J. Bowman
Mark W. Merritt
Lawrence C. Moore, III
Nathan C. Chase
ROBINSON BRADSHAW
101 North Tryon Street – Suite 1900
Charlotte, NC 28246
Tel:  (704) 377-8329
Email:  ebowman@rbh.com
        mmerritt@rbh.com
        lmoore@rbh.com
        nchase@rbh.com

*Attorneys for Defendants New NGC, Inc. and Golden Eagle Industries, Inc.*

9

Steven E. Bizar
Landon Y. Jones
H. Marc Tepper
BUCHAN INGERSOLL
& ROONEY PC.
Two Liberty Place, Suite 3200
Philadelphia, PA 19102
Tel:  (215) 665-8700
Email:  Steven.Bizar@bipc.com
          Landon.Jones@bipc.com
          Marc.Tepper@bipc.com

*Attorneys for Defendant New NGC, Inc.*

Philip Beck
Adam Hoeflich
James B. Heaton, III
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street - Suite 300
Chicago, IL 60654
Tel:  (312) 494-4458
Email:  philip.beck@bartlit-beck.com
          adam.hoeflich@bartlit-beck.com
          jb.heaton@bartlit-beck.com

Karma M. Giulianelli
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
1899 Wynkoop Street
Suite 800
Denver, CO 80202
Tel:  (303) 592-3100
Email:  karma.giulianelli@bartlit-beck.com

*Attorneys for Defendants USG Corporation and United States Gypsum Company*

Rebecca W. Bacon
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street - Suite 300
Chicago, IL   60654
Tel:  (312) 494-4458
Email:  rweinstein.bacon@bartlit-beck.com

*Attorney for Defendants USG Corporation, United States Gypsum Company
and L&W Supply Corporation*

10

David Marx, Jr.
David Hanselman, Jr.
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL   60606
Tel:  (312) 372-2000
Email:  dmarx@mwe.com
        dhanselman@mwe.com

Thomas S. Brown
Michael J. McLaughlin
BUTLER PAPPAS WEIHMULLER
KATZ CRAIG LLP
1818 Market Street - Suite 2740
Philadelphia, PA   19103
Tel:  (215) 405-9191
Email:  tbrown@butlerpappas.com
        mmclaughlin@butlerpappas.com

Megan V. Morley
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC   200001
Tel:  (202) 756-8000
Email:  mmorley@mwe.com

*Attorneys for Defendant American Gypsum Company LLC*

Mark Nelson
Kathleen N. Bradish
CLEARY GOTTLIEB
2000 Pennsylvania Ave., NW
Washington, DC   20006
Tel:  (202) 974-1500
Email:  mnelson@cgsh.com
        kbradish@cgsh.com

Leslie E. John
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA   19103
Tel:  (215) 864-8212
Email:  john@ballardsparh.com

*Attorneys for Defendant LaFarge North America, Inc.*

Bradley C. Weber
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, TX   75201-6776
Email:  bweber@lockelord.com

Gregory T. Casamento
LOCKE LORD LLP
Three World Financial Center
New York, NY   10281-2101
Tel:  (212) 812-8325
Fax:  (212) 912-8385
Email:  gcasamento@lockelord.com

*Attorneys for Defendant PABCO Building Products, LLC*

11

J. Mark Gidley
Peter J. Carney
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
Tel:  (202) 626-3609
Fax:  (202) 639-9355
Email:  mgidlely@whitecase.com
       pcarney@whitecase.com

Robert A. Milne
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
Tel:  (212) 819-8924
Fax:  (212) 354-8113
Email:  rmilne@whitecase.com

*Attorneys for Defendant CertainTeed Corp.*

George A. Nicoud III
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA  94105
Tel:  (415) 393-8308
Email:  tnicoud@gibsondunn.com

David Debold
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC  20036
Tel:  (202) 955-8500
Email:  ddebold@gibsondunn.com

*Attorneys for Defendant Georgia-Pacific LLC*

James T. McKeown
Elizabeth A.N. Haas
FOLEY & LARDNER LLP
777 E. Wisconsin Ave., Suite 3800
Milwaukee, WI  53202-5306
Tel:  (414) 271-2400
Fax:  (414) 297-4900
Email:  jmckeown@foley.com
       ehaas@foley.com

*Attorneys for Defendant TIN Inc. (d/b/a Temple-Inland Inc.)*

**Via U.S. Mail**

Clerk of Court United States District Court
for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
Room 2609
601 Market Street

Clerk of Court United States District Court
for the Western District of North Carolina,
Charlotte Division
Room 212
401 W. Trade Street

12

Philadelphia, PA   19106

Clerk of Court United States District Court
for the Northern District of Illinois
Everett McKinley Dirksen United States
Courthouse
219 South Dearborn Street
Chicago, IL   60604

Saint-Gobain Corporation
750 East Swedesford Road
Valley Forge, PA   19482

February 19, 2013

Charlotte, NC   28202

LaFarge S.A.
61 rue des Belles Feuilles
Cedex 16
Paris, France

Saint-Gobain S.A.
Toru Les Miroirs
18, avenue d'Alsace
92096 La Defense cedex
Courbevoie, France

Respectfully submitted,

 /s/ Lee Albert
Lee Albert
Brian Murray
**GLANCY BINKOW & GOLDBERG LLP**
77 Water Street, 7th Floor
New York, NY   10005
Tel: (646) 722-4180
lalbert@glancylaw.com
bmurray@glancylaw.com

Attorneys for Utica Drywall Products, Inc.